IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charlene Brantley, et al., :
:
      Plaintiff(s), :
: Case Number: 1:12cv608
  vs. :
: Chief Judge Susan J. Dlott
Title First Titling Agency, et al., :
:
      Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 27, 2012 a Report and Recommendation (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 10).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

      The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, **DENYING** plaintiff leave to appeal *in forma pauperis*.  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling

in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

    IT IS SO ORDERED.


           ___s/Susan J. Dlott_____
           Chief Judge Susan J. Dlott
           United States District Court